ROBERT B. CONTRUCCI, D.O., CRAIG SHAPIRO, D.O. and CONTRUCCI & SHAPIRO, D.O., P.A., Appellants,
v.
PATRICIA E. KERR and F. DIANE KERR, Appellee.
No. 4D07-4009.
District Court of Appeal of Florida, Fourth District.
March 25, 2009.
Shannon Kain and Dinah Stein of Hicks & Kneale, P.A., Miami, for appellants.
Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, and Jeffrey R. Garvin of Garvin & Tripp, P.A., Fort Myers, for appellees.
PER CURIAM.
Affirmed.
GROSS, C.J., POLEN and MAY, JJ., concur.
Not final until disposition of timely filed motion for rehearing.